UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-23016 GMB

Debtor: John A. Greiner

| Check Number | Creditor | Amount |
|---|---|---|
| 1687607 | OneWest Bank | 7439.94 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 13, 2010